UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ VEGA,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICK H. LOBDELL, CRST LINCOLN SALES, INC.; and DOES 1 to 10,<br><br>        Defendants. | Case No. CV 20-04101-AB (RAOx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 14, 2021

                                    ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE